```
                              FILED ___ LODGED
                           ___ RECEIVED ___ COPY

                                SEP 14 2021

                           CLERK U S DISTRICT COURT
                             DISTRICT OF ARIZONA
                           BY_____ DEPUTY
```

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

COLEEN SCHOCH
Assistant United States Attorney
Georgia State Bar No. 366545
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: coleen.schoch@usdoj.gov
Attorneys for Plaintiff

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Jorge Aguilera<br><br>　　　　　Defendant. | No.　CR-21-00744-PHX-DLR(MHB)<br><br>**INDICTMENT**<br><br>VIO:　18 U.S.C. § 924(a)(1)(A)<br>(False Statement During Purchase of a Firearm)<br>Counts 1 – 38<br><br>18 U.S.C. §§ 924(d) and 981;<br>21 U.S.C. §§ 853 and 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

**THE GRAND JURY CHARGES:**

## COUNTS 1 – 38

From on or about September 10, 2020, through on or about June 16, 2021, in the District of Arizona, Defendant JORGE AGUILERA knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant JORGE AGUILERA did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record on each of the approximate dates below, stating that he

(1) resided at the address listed on the Form 4473, when in truth and fact, he knew that he resided at a different address, and (2) was the actual transferee or buyer of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, he knew that he was buying the firearm on behalf of another:

| Count | Date | Business Name | Business Location |
|---|---|---|---|
| 1 | September 10, 2020 | Murphy's Gun Shop | Tucson, Arizona |
| 2 | October 7, 2020 | C-A-L Ranch Stores | Casa Grande, Arizona |
| 3 | October 8, 2020 | On Sight Shooting School | Casa Grande, Arizona |
| 4 | October 31, 2020 | Arizona Firearms & Accessories | Tempe, Arizona |
| 5 | November 1, 2020 | Healy | Tempe, Arizona |
| 6 | November 3, 2020 | C-A-L Ranch Stores | Casa Grande, Arizona |
| 7 | November 3, 2020 | On Sight Shooting School | Casa Grande, Arizona |
| 8 | November 22, 2020 | Healy | Tempe, Arizona |
| 9 | November 22, 2020 | Alpha Dog Firearms | Tempe, Arizona |
| 10 | November 23, 2020 | On Sight Shooting School | Casa Grande, Arizona |
| 11 | November 23, 2020 | C-A-L Ranch Stores | Casa Grande, Arizona |
| 12 | November 24, 2020 | C-A-L Ranch Stores | Casa Grande, Arizona |
| 13 | December 18, 2020 | C-A-L Ranch Stores | Casa Grande, Arizona |
| 14 | December 18, 2020 | On Sight Shooting School | Casa Grande, Arizona |
| 15 | December 19, 2020 | Tombstone Tactical | Phoenix, Arizona |
| 16 | December 20, 2020 | AZ Guns | Chandler, Arizona |
| 17 | December 20, 2020 | Guns Etc. | Mesa, Arizona |
| 18 | December 30, 2020 | Alpha Dog Firearms | Tempe, Arizona |
| 19 | January 13, 2021 | On Sight Shooting School | Casa Grande, Arizona |
| 20 | January 14, 2021 | Legendary Guns | Phoenix, Arizona |
| 21 | January 15, 2021 | Healy | Tempe, Arizona |

| Count | Date | Business Name | Business Location |
|---|---|---|---|
| 22 | January 15, 2021 | Sportsman's Warehouse #139 | Mesa, Arizona |
| 23 | January 16, 2021 | C-A-L Ranch Stores | Casa Grande, Arizona |
| 24 | January 30, 2021 | Randall's Sporting Goods | Glendale, Arizona |
| 25 | January 30, 2021 | Shooters World | Phoenix, Arizona |
| 26 | March 25, 2021 | Arizona Firearms & Accessories | Tempe, Arizona |
| 27 | March 25, 2021 | ROE Armory | Glendale, Arizona |
| 28 | March 26, 2021 | On Sight Shooting School | Casa Grande, Arizona |
| 29 | March 28, 2021 | Mo Money Pawn Shop | Phoenix, Arizona |
| 30 | March 28, 2021 | Healy | Tempe, Arizona |
| 31 | March 29, 2021 | C-A-L Ranch Stores | Casa Grande, Arizona |
| 32 | May 3, 2021 | Healy | Tempe, Arizona |
| 33 | May 3, 2021 | Alpha Dog Firearms | Tempe, Arizona |
| 34 | May 5, 2021 | Sportsman's Warehouse #132 | Tucson, Arizona |
| 35 | May 6, 2021 | Mo Money Pawn Shop | Phoenix, Arizona |
| 36 | May 6, 2021 | Legendary Guns | Phoenix, Arizona |
| 37 | June 15, 2021 | Guns Etc. | Mesa, Arizona |
| 38 | June 15, 2021 | Mo Money Pawn Shop | Phoenix, Arizona |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**FORFEITURE ALLEGATIONS**

The Grand Jury realleges and incorporates the allegations of Counts 1–38 of this Indictment, which is incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1–38 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or

intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants is liable.  If any forfeitable property, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence,

    (2) has been transferred or sold to, or deposited with, a third party,

    (3) has been placed beyond the jurisdiction of the court,

    (4) has been substantially diminished in value, or

    (5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date:  September 14, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

s/
COLEEN SCHOCH
Assistant U.S. Attorney