AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br><br>Jorge Aguilera<br>*Defendant* | )<br>)  Case No.  CR-21-00744-PHX-DLR (MHB)<br>)<br>)<br>)<br>) |

FILED ___ LODGED
X RECEIVED ___ COPY
NOV 29 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jorge Aguilera,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18:924(a)(1)(A) - False Statement During Purchase of a Firearm

Date:   09/15/2021

*Sherry Strong*
*Issuing officer's signature*

City and state:   Phoenix, Arizona
cc: PTS

Sherry Strong, Deputy Clerk
*Printed name and title*   ISSUED ON 3:59 pm, Sep 15, 2021
s/ Debra D. Lucas, Clerk

### Return

This warrant was received on *(date)* 9-15-21, and the person was arrested on *(date)* 11-19-21
at *(city and state)* Nogales, AZ.

Date:  11-19-21

*[signature]*
*Arresting officer's signature*

ATF
*Printed name and title*